IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| TINA McGARITY<br><br>       Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC and<br>SANOFI US SERVICES INC.,<br><br>       Defendants. | CIVIL ACTION FILE<br><br>NO. 3:23-cv-212-TCB |

**O R D E R**

Pursuant to Local Rule 16.2, the parties are hereby ordered to complete and file a joint preliminary report and discovery plan within thirty days.

IT IS SO ORDERED this 9th day of November, 2023.

_____
Timothy C. Batten, Sr.
Chief United States District Judge