# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

Tina McGarity,

    Plaintiff,

v.

Sanofi US Services, Inc., et al.,

    Defendants.

Case No. 3:23-cv-00212-TCB

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 3.3, Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc., by their attorneys, respectfully file this Certificate of Interested Persons and Corporate Disclosure Statement.

**(1) The undersigned counsel for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

(a) <u>Defendant Sanofi-Aventis U.S. LLC.</u>  Sanofi-Aventis U.S. LLC is a subsidiary of Sanofi.  Sanofi, which is a publicly held company, owns 10% or more of stock in Sanofi-Aventis U.S. LLC.  The sole member of Sanofi-Aventis U.S. LLC is Sanofi US Services, Inc.

(b) **Defendant Sanofi U.S. Services, Inc.** Sanofi US Services, Inc. is a subsidiary of Sanofi. Sanofi, which is a publicly held company, owns 10% or more of stock in Sanofi US Services, Inc.

(c) Tina McGarity

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

(a) Johnson Law Group - TX

(b) Shook, Hardy & Bacon, LLP.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

*Counsel for Plaintiff*
Alyssa White
Rashmi Parthasarathi
Johnson Law Group-TX
2925 Richmond Avenue
Suite 1700
Houston, TX 77098
713-352-3300
713-626-9336
awhite@mybackwages.com

*Counsel for Defendants*
Jason S. Allard
Joshua L. Becker
**SHOOK, HARDY & BACON, LLP**
1230 Peachtree Street, NE
Suite 1200
Atlanta, Georgia 30309
Telephone: (470) 867-6000
Facsimile: (470) 867-6001
JAllard@shb.com
JBecker@shb.com

Christopher P. Gramling (MO Bar No. 50218) (*Seeking PHV Admission*)
**SHOOK, HARDY & BACON**
2555 Grand Blvd
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
cgramling@shb.com

  This 22nd day of November, 2023

        Respectfully submitted,


        */s/ Jason S. Allard*
        Jason S. Allard
        Georgia Bar No. 660305
        Joshua L. Becker
        Georgia Bar No. 046046
        **SHOOK, HARDY & BACON, LLP**
        1230 Peachtree Street, NE
        Suite 1200
        Atlanta, Georgia 30309
        jallard@shb.com
        jbecker@shb.com

(t) (470) 867-6000
(f) (470) 867-6001

*Attorneys for Defendants Sanofi US Services Inc., and sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter, pursuant to Local Rule 5.1.

*/s/ Jason S. Allard*
Jason S. Allard