UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

TINA MCGARITY,
               Plaintiff,

v.

Case No. 3:23-cv-212-TCB

DEFENDANTS SANOFI U.S. SERVICES INC., AND
SANOFI-AVENTIS U.S. L.L.C.
               Defendants.

## SCHEDULING ORDER

The parties submit the following schedule for the Court's consideration.

| DATE: | EVENT: |
|---|---|
| January 27, 2024 | Deadline for submission of a motion for judgment on the pleadings. |
| March 15, 2024 | Deadline to complete deposition of Plaintiff and prescriber physician. |
| July 12, 2024 | Close of Fact Discovery |
| August 2, 2024 | Deadline for Plaintiff expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). |
| September 6, 2024 | Deadline for Defendant to Depose Plaintiff's expert(s). |
| October 4, 2024 | Deadline for Defendant expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). |
| November 1, 2024 | Deadline for Plaintiff to Depose Defendant's expert(s). |
| December, 2024 | Deadline for dispositive motions and *Daubert* motions. |
| January 2025 (8 weeks before calendar call) | Deadline for filing of Pretrial Motions, including motions in limine. |

17

| | |
|---|---|
| February 2025<br><br>(4 weeks before calendar call) | Final Pretrial Hearing. |
| April 2025 | Two-week trial period (calendar call to be held on the Tuesday before trial). |

IT IS SO ORDERED, this 12th day of December, 2023.

_____
Timothy C. Batten, Sr.
United States District Judge